

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARNEZ TREVELL STEWARD, JR.      :
                                :
        v.                      :
                                :   NO. 13-7340
MAYOR MICHAEL NUTTER and WARDEN :
OF CURRAN-FROMHOLD CORRECTIONAL :    FILED
FACILITY                        :
                                :    AUG 06 2014

AND NOW, this 5 day of August, 2014, upon consideration of plaintiff's complaint (paper no. 5), and defendants' unopposed motion to dismiss (paper no. 8), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. The motion to dismiss (paper no. 8) is **GRANTED**.

2. Plaintiff is given leave to file and serve an amended complaint stating a plausible claim against viable defendants under 42 U.S.C. § 1983 within forty-five (45) days of this order.

3. If an amended complaint is filed, defendants shall file and serve their responses in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court.

4. Plaintiff's motion for appointment of counsel (paper no. 6) is **DENIED** as **MOOT**. Plaintiff may file a new request with his amended complaint.

                                                    Norma L. Shapiro
                                                                   J.